# United States Court of Appeals
## For the First Circuit

No. 15-2224

JOSEPH MCGUNIGLE,

Plaintiff, Appellant,

v.

CITY OF QUINCY; PAUL KEENAN;
JOHN DOUGAN,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on August 31, 2016 is amended as follows:

On page 11, line 20, delete hyphen between "Webber" and "incident".

On page 26, line 9, change "third-party" to "third party".